IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01049-BNB

CAROLE E. JENKINS, also known as
CAROLE JENKINS BOLLINGER, also known as
CAROLE JENKINS, and [on behalf of]
STEVEN N. BOLLINGER, Deceased,

Plaintiff,

v.

HONDA AMERICA,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 07 2008

GREGORY C. LANGHAM
CLER

ORDER OF DISMISSAL

On May 12, 2008, Plaintiff, Carole E. Jenkins, also known as Carole Jenkins Bollinger and as Carole Jenkins, submitted to and filed with the Court a complaint on her behalf and on behalf of her deceased husband, Steven N. Bollinger. Pursuant to Rule 17 of the Federal Rules of Civil Procedure, Ms. Jenkins, as personal representative for her deceased husband, may proceed in her own name. The caption of this order has been corrected to include Ms. Jenkins' aliases.

The Court reviewed the documents Ms. Jenkins submitted on May 12, 2008, and determined they were deficient. Therefore, in an order filed on May 20, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Ms. Jenkins to cure a deficiency in the case within thirty days if she wished to pursue her claims.

The May 20, 2008, order pointed out that Ms. Jenkins failed to submit a motion

and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915. The order directed the clerk of the Court to mail to Ms. Jenkins the proper, Court-approved form for filing a § 1915 motion and affidavit. The order warned Ms. Jenkins that if she failed to cure the designated deficiency within thirty days, the complaint and the action would be dismissed without prejudice and without further notice.

Ms. Jenkins has failed within the time allowed to comply with the May 20, 2008, order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the clerk of the Court is directed to correct the Court's docketing records for this action to include the aliases of Plaintiff, Carole E. Jenkins. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 3 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01049-BNB

Carole E. Jenkins
PO Box 1522
Grand Junction, CO 81502

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/7/8

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk